**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMART CITY HOLDINGS, LLC, and SMART CITY NETWORKS, L.P.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>SHOWNETS, LLC; and SCOTT NUSSBAUM,<br><br>                  Defendants. | Case No.: 2:13-cv-01751-GMN-GWF<br><br>**ORDER**<br><br>**Emergency Motion for Expedited Discovery (#21)** |

This matter is before the Court on Plaintiffs' Emergency Motion for Expedited Discovery in Connection with Preliminary Injunction Motion (#21), filed on September 27, 2013 and Defendant Shownets, LLC's Response to Motion for Expedited Discovery in Connection with Preliminary Injunction Motion (#28), filed on October 2, 2013. The Court conducted a hearing in this matter on October 2, 2013.

The parties are in agreement that both Plaintiffs and Defendants should be permitted to conduct expedited discovery relating to the issues to be adjudicated in regard to Plaintiffs' motion for preliminary injunction. The parties also agree that a stipulated protective order governing the disclosure of confidential and highly confidential/"attorney's eyes only" information should be entered. The parties also wish to preserve the current preliminary injunction hearing date of October 10, 2013 and believe that necessary documentary and deposition discovery can be completed prior to the hearing date. The parties and the Court discussed and agreed upon the relevant categories of discovery during the hearing. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion for Expedited Discovery in Connection with Preliminary Injunction Motion (#21) is **granted** in accordance with the

1    foregoing statements and the relevant categories of discovery as discussed and agreed upon during

2    the hearing.

3        **IT IS FURTHER ORDERED** that discovery conducted in this matter shall be governed by

4    a protective order regarding the dissemination of confidential and highly confidential/"attorney's

5    eyes only" information.  The parties shall expeditiously submit a stipulated proposed protective

6    order to the Court for approval.

7        DATED this 2nd day of October, 2013.

8

9    _____

10    GEORGE FOLEY, JR.
      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28