

Dennis L. Kennedy
Nev. Bar No. 1462
Sarah E. Harmon
Nev. Bar No. 8106
Russell J. Burke
Nev. Bar No. 12710
Bailey❖Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone Number: (702) 562-8820
Fax Number: (702) 562-8821
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com
RBurke@BaileyKennedy.com

Attorneys for Defendant, showNets, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SMART CITY HOLDINGS, LLC, a Delaware limited liability company, and SMART CITY NETWORKS, L.P., a Florida limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHOWNETS, LLC, an Arizona limited liability company, and SCOTT NUSSBAUM, an individual,<br><br>Defendants. | Docket No.2:13-cv-01751-GMN-GWF<br><br>**JOINT STATUS REPORT AND JOINT REQUEST TO VACATE JULY 17, 2014 STATUS CHECK [ECF N0. 102]** |

Plaintiffs Smart City Holdings, LLC and Smart City Networks, L.P. (jointly "Plaintiffs") and Defendants showNets, LLC ("showNets") and Scott Nussbaum have finalized all terms of their full and complete, confidential settlement of this action. Mr. Nussbaum is currently out of the country on vacation, but he is expected to return by early next week. Therefore, the parties anticipate that all settlement documents will be executed, and the stipulated Permanent Injunction filed, within the next 7-14 days. Upon entry of the stipulated Permanent Injunction, the parties will file a Stipulation to Dismiss All Claims With Prejudice.

Because the Parties have reached an agreement regarding all of the terms and conditions of their confidential settlement, the Parties respectfully request that the Status Conference scheduled for July 17, 2014, at 4:00 p.m., be vacated.

DATED this 16th day of July, 2014.

| LIONEL SAWYER & COLLINS | BAILEY❖KENNEDY |
|---|---|
| By: /s/ *Christopher Mathews*<br>Paul R. Hejmanowski, Nev. Bar No. 94<br>A. William Maupin, Nev. Bar No. 1315<br>Christopher Mathews, Nev. Bar No. 10674<br>300 South Fourth Street, #1700<br>Las Vegas, NV  89101 | By: /s/ *Sarah E. Harmon*<br>Dennis L. Kennedy, Nev. Bar No.1462<br>Sarah E. Harmon, Nev. Bar No. 8106<br>Russell J. Burke, Nev. Bar No. 12710<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302 |
| and | *Attorneys for Defendant, showNets, LLC* |
| Bruce S. Meyer, Esq.<br>Jessie B. Mishkin, Esq.<br>Kimberly M. Rosensteel, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | |

*Attorneys for Plaintiffs Smart City Holdings, LLC and Smart City Networks, L.P.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
GEORGE W. FOLEY, JR.

DATED: July 17, 2014

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that on the 16th day of July, 2014, a copy of the foregoing Joint Status Report and Joint Request to Vacate July 17, 2014 Status Check [ECF No. 102] was served on the following parties by filing and serving the same using the ECF system and/or by U.S. Mail, postage prepaid, to the last known address:

Scott Nussbaum
5480 Shodall Circle
Las Vegas, NV  89120

*Pro per*

/s/ *Jennifer J. Kennedy*
*Jennifer J. Kennedy*, an Employee of
Bailey❖Kennedy